IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

CASE NO.: 3: 14-bk-5295-JAF
Chapter 13

IN RE:
CESAR ALARCON
YANIRA ALARCON
Debtors

**Witness and Exhibit List filed in Compliance with Order Setting Evidentiary Hearing**

Comes now the Chapter 13 Trustee, Douglas W. Neway, who hereby files the following Witness List and Exhibit List in Compliance with the Order Setting Evidentiary Hearing/Trial and states the following persons will be called as witnesses and items will be offered into evidence in the matter set for Hearing.

**Witnesses:**
Debtor, Cesar Alarcon
Debtor, Yanira Alarcon

**Prospective Exhibit Description:**

1. Schedules A through J, and any amendments thereto.
2. "Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income" and any amendments thereto.
3. Current docket and claims register, including copies of any pleadings and/or claims contained therein.
4. Last two years' federal income tax returns and payment advices, pay stubs, and/or documentation of income sources for the six (6) month period preceding the filing of this petition, including but not limited to all response to business information supplied by Debtors.
5. Any documents supplied by the Debtor(s) in support of their position.
6. Proposed Chapter 13 Plan, and any amendments thereto.

DATED this May 16, 2016 in Jacksonville, Florida.

DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By /s/ Marsha M. Brown
Douglas W. Neway
Florida Bar No. 0709948
Marsha M. Brown, Attorney for Trustee
Florida Bar #650064
John J. Freeman, Jr., Attorney for Trustee
Florida Bar #58618
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone (904)358-6465
FAX (904)634-0038
attorneys@ch13jaxfl.com

CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on this May 16, 2016 on the following:

Cesar and Yanira Alarcon, 13461 Ashford Wood Court east, Jacksonville, FL 32218
James harper, Esquire, My Law Solutions PA, 56 Pine Street, Orlando, FL 32801

/s/ Marsha M. Brown